No. 868 (October Term, 1933). OHIO ET AL. v. UNITED STATES ET AL. On pe-

tition for rehearing. October 8, 1934. A rehearing is granted to the appellant Empire Sheet & Tinplate Company as respects only so much of the decree of the court below and the order of the Interstate Commerce Commission in its docket No. 7036, Empire Steel Corp. *v.* Baltimore & Ohio R. Co. et al., as affects the reduction in the rate by the Ohio Public Utilities Commission between the Cambridge district and Mansfield, Ohio, from $1.76 to $1.51, and the restoration thereof by the Interstate Commerce Commission to $1.76. See 292 U. S. 498.